PROB 12C
(7/93)

Report Date: January 9, 2015

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2015

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Kyle K. Croson          Case Number: 2:12CR00084-RHW-1

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 14, 2012

Original Offense:     Conspiracy to Commit Mail Theft, 18 U.S.C. § 371

Original Sentence:    Prison - 24 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  U.S. Attorney's Office      Date Supervision Commenced: March 28, 2014

Defense Attorney:     Federal Defender's Office   Date Supervision Expires: March 27, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 8, 2015, the undersigned officer received notification from a detective with the Spokane County Sheriff's Office that Mr. Croson had been arrested and charged with new felony charges.  According to the Spokane County Jail, Mr. Croson is being held on charges of Possession of Stolen Property in the Second Degree, in violation of RCW 9A.56.160,  a Class C felony. |
| 2 & 3 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: On December 9, 2014, the undersigned officer received notification from Adept that Mr. Croson had failed to appear for his random urinalysis test scheduled for December 8, 2014.  Mr. Croson reported to the U.S. Probation Office on December 11, 2014, to address the violation, and admitted to using methamphetamine on or about |

November 27, 2014. Mr. Croson then provided a urine sample for testing that was positive for methamphetamine. Mr. Croson denied recent use, and the sample was sent to Alere Toxicology for confirmation. On December 16, 2014, the undersigned officer received notification from Alere Toxicology that the sample had been confirmed positive for methamphetamine.

On December 18, 2014, the undersigned officer received notification from Adept that Mr. Croson had failed to appear for his random urinalysis test scheduled for December 17, 2014. On December 19, 2014, Mr. Croson reported to the U.S. Probation Office to address his missed urinalysis test at Adept. During this office visit Mr. Croson provided a urine sample for testing that was negative for all substances tested. The undersigned officer then spoke with Mr. Croson's girlfriend, Dominique Ryan, who stated she was concerned about him, but would not elaborate. The undersigned officer again spoke with Mr. Croson who admitted to using illicit drugs, and signed a drug use admission form stating his last use was on December 18, 2014.

On December 22, 2014, U.S. Probation Officer (USPO) Lerch, and the undersigned officer, attempted home contact with Ms. Ryan and Mr. Croson at their residence. Ms. Ryan answered the door, and invited us into the residence. Ms. Ryan stated that Mr. Croson had left for work. Upon entering the residence, a marijuana pipe was in clear view on the kitchen counter. USPO Lerch and the undersigned officer escorted Ms. Ryan into her bedroom to speak with her. Present in Ms. Ryan's room was a methamphetamine pipe in clear view, next to her bed. Ms. Ryan admitted the pipe in the kitchen was for marijuana, and when asked what type of pipe was present in the bedroom she stated, "a meth pipe." Ms. Ryan was given the opportunity to provide any other drug paraphernalia in the home to the officers, at which time she produced two additional glass pipes. Ms. Ryan retrieved a clear glass pipe from her bedroom dresser, and a broken glass pipe from a kitchen drawer. She denied there were any drugs in the home. Ms. Ryan later stated to USPO Lerch that they both (Mr. Croson and Ms. Ryan) thought they would be arrested after the incident.

Based on Mr. Croson's continued use, he had been directed to again report to the U.S. Probation Office on December 29, 2014. Mr. Croson reported as directed, and again provided a sample for urinalysis testing that was positive for methamphetamine. Mr. Croson signed a drug use admission form stating he last used methamphetamine on December 27, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/09/2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*/s/ Robert H. Whaley*

Signature of Judicial Officer

January 12, 2015

Date